**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **SIGNODE INDUSTRIAL GROUP LLC** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 16-CV-04854** |
| | ) | |
| | ) | **Jury Trial Requested** |
| **DUBOSE STRAPPING, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>COMPLAINT</u>

Plaintiff Signode Industrial Group LLC ("Signode") for its Complaint for infringement of United States Patent No. 7,625,628 (hereinafter "the '628 patent") against Defendant Dubose Strapping, Inc. ("Dubose" or "Defendant") alleges as follows:

## PARTIES

1. Plaintiff Signode is a Delaware corporation, having a principal place of business within this judicial district at 3650 West Lake Avenue, Glenview, Illinois 60026. Signode manufactures, markets and sells a successful line of high strength, polyester strapping products covered by one or more of the claims of the '628 patent.

2. Upon information and belief, Defendant Dubose Strapping, Inc. is a North Carolina corporation headquartered in Clinton, North Carolina, and is in the business of manufacturing and selling strapping products, including high strength polyester strapping.

## JURISDICTION AND VENUE

3.      This action arises under the patent laws of the United States, 35 U.S.C. §§ 100 *et seq.*  This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4.      This Court has personal jurisdiction over Dubose and venue is proper in this Judicial District pursuant to 28 U.S.C. §§ 1400(b) and 1391(b) and (c).

5.      Upon information and belief, Dubose regularly transacts and solicits business, engages in other persistent courses of conduct and derives substantial revenue from goods sold and used in the State of Illinois, including in this Judicial District.

6.      Upon information and belief, Dubose has continuous and systematic contacts with the State of Illinois.

7.      Upon information and belief, Dubose has sold or offered for sale one or more of the Accused Products (as defined herein) in this Judicial District.

8.      Upon information and belief, some of Dubose's infringing activities alleged herein occurred in the State of Illinois and in this Judicial District, and such tortious activities have resulted in foreseeable harm and injury to Signode in the State of Illinois and in this Judicial District.

9.      Dubose has previously submitted to the jurisdiction of this Court and has availed itself of the legal protections of the State of Illinois and this Judicial District having previously initiated litigation in this jurisdiction, including in *Dubose Strapping, Inc. v. Lesker Company, Inc.,* Civil Action No. 12-6099 (N.D. Ill.).

## BACKGROUND

10.     The '628 patent entitled:  "High Integrity Polyester Strapping," was duly and legally issued on December 1, 2009.   A true and correct copy of the '628 patent is attached

hereto as **EXHIBIT A.** Signode Industrial Group LLC is the owner of the '628 patent by assignment and has the right to enforce it.

11.     The '628 patent is presumed valid pursuant to 35 U.S.C. § 282, and remains valid and enforceable.

12.     Upon information and belief, Defendant Dubose has manufactured, used, offered to sell and/or sold polyester strapping products that are covered by one or more claims of the '628 patent, including but not limited to one or more of Dubose product code nos. 13206, 13207, 13239, 13242, 13211, 13215, and 13232 ("Accused Products").

13.     Upon information and belief, the Accused Products have a width between 0.5 and 3 cm and a thickness of 0.03-0.2 cm.

14.     Upon information and belief, the Accused Products have between 97.2-99.9% by weight polyester.

15.     Upon information and belief, the Accused Products include a chemically unmodified polyolefin additive in the amount of between 0.2-2.8% by weight.

16.     Upon information and belief, the Accused Products meet each limitation of one or more claims of the '628 patent.

## COUNT I - INFRINGEMENT OF U.S. PATENT NO. 7,625,628

17.     Signode incorporates by reference, as if fully set forth herein, each of the allegations set forth in paragraphs 1 through 16.

18.     Dubose has infringed and continues to infringe the '628 patent by manufacturing, using, offering for sale and/or selling, polyester strapping products, including the Accused Products, in the U.S. that are covered by one or more claims of the '628 patent.

19.     The Accused Products infringe at least independent claim 1 of the '628 patent.

20. Dubose's acts of infringement have resulted in damages to Signode.

21. As a result of Dubose's infringement of the '628 patent, Signode has suffered irreparable injury and will continue to suffer irreparable injury and damage for which there is no adequate remedy at law, unless the Court enjoins Dubose from continuing their infringing activities.

## RELIEF REQUESTED

WHEREFORE, Signode prays for entry of judgment in favor of Signode and against Defendant Dubose as follows:

A. for a finding that Defendant has infringed Signode's '628 patent;

B. for an Order permanently enjoining Defendant and its officers, agents, affiliates, servants and employees, and any and all persons acting under Defendant's authority, from infringing Signode's '628 patent and from continuing to manufacture, import, offer for sale or sell any product that infringes the '628 patent;

C. for an award of damages adequate to compensate Signode for the infringement in an amount not less than a reasonable royalty, treble damages, costs, expenses, and pre-judgment and post-judgment interest for Defendant's infringement of the '628 Patent, as provided under 35 U.S.C. §284.

D. for a determination that this is an exceptional case and for an award to Signode of its attorneys' fees and expenses incurred in this action pursuant to 35 U.S.C. § 285; and

E. for such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Signode requests a jury trial on all issues properly triable to a jury.


HAHN LOESER & PARKS LLP


Dated:      May 2, 2016                By /s/ Sherry L. Rollo
Steven E. Feldman
Sherry L. Rollo
Daniel R. Cherry
125 S. Wacker Dr., Suite 2900
Chicago, Illinois 60606
(312) 637-3000

Attorneys for Plaintiff Signode Industrial Group
LLC

5